UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED
OCT 31 2011
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

JOHN F. GALTIERI,

        PLAINTIFF,

vs.

NEW YORK CITY POLICE PENSION FUND

        DEFENDANT.

COMPLAINT
PURSUANT TO 42 USC 1983

8:11-CV-1291

Plaintiff in the above captioned action, alleges as follows:

1. This is a civil action seeking relief and a declaratory judgment pursuant to 42 USC 1983, and 28 USC 2201. The issue before this court is the Constitutional rights of plaintiff to withdraw from the pension in which he has a property right protected by the Fourteenth Amendment to The United States Constitution.

                      PARTIES

2.   PLAINTIFF:  JOHN F. GALTIERI

     Address:    Clinton Correctional Facility
                   P.O. Box 2001
                   Dannemora, New York 12929

3.   Defendant:  New York City Police Pension Fund

     Address:    233 Broadway, 25th Floor
                   New York, New York 10279

4.             PLACE OF CONFINEMENT

    a.   Is there is a prisoner grievance procedure at this facility? N/A

5.                   FACTS

       Plaintiff is an inmate at a New York State Correctional Facility serving an indeterminate sentence of 32 years to life.

       Plaintiff was convicted by jury trial of Murder 2 and Possession of Weapon. Appeal is pending.

       Plaintiff is the recipient of a New York City Police Department Disability Pension awarded to him for injuries received in the line-of-duty as a New York City Police Officer.

Plaintiff has been in receipt of this pension since October 24, 1980.

6. Plaintiff contends the pension he receives is Exempt from Execution, Garnishment, Attachment, Assignment or any other legal process pursuant to The New York City Administrative Code, Article 13, Sections 13-264, 13-212, 13-181, The Constitution of The State of New York, Article 5, Section 7, The "Non-impairment" Clause, The United States Constitution, Article 1, Section 10, The "Contract" Clause and The Fourteenth Amendment, The "Due Process" Clause.

7. On March 27, 2009 an order was entered in a wrongful death action in Richmond County Supreme Court, Richmond County, New York, attaching plaintiff's pension in settlement of future damages.

8. The pension fund has not made payments from the pension since the service of the Richmond County order. Plaintiff contends the fund has violated its fiduciary obligation by not enforcing the Exempt status of the pension guaranteed by the Administratice Code of The City of New York, And the Constitutional protection guaranteed by the Constitution of The State of New York and The United States Constitution.

9. Plaintiff has not received pension payments for over two years and on September 29, 2011 by written notice withdrew from the fund. (see exhibit "A" attached).

10. On October 5, 2011, the fund refused to accept the withdrawal. (see exhibit "B" attached).

11. Plaintiff contends the fund has voided the contract which existed between himself and the City of New York and the contract is null and void.

12. Plaintiff further contends that the pension he receives is a property right guaranteed by the Fourteenth Amendment and that property right entitles him to withdraw from the fund and close the account.

13. The pension is exempt from all legal process and therefore not subject to the whims of the State Court or the Police Pension Fund.

14. Plaintiff seeks relief in the form of a Declaratory Judgment determining his rights to withdraw as a pension recipient and close his account with the New York City Police Pension Fund.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2011

John F. Galtieri
Plaintiff pro se

-2-