SUPREME COURT STATE OF NEW YORK
COUNTY OF RICHMOND
----------------------------------X
                                   :
PATRICIA KANE, as the Limited      :
Administratrix of the Estate       :    DCM Part 4
of JEANNE KANE and PATRICIA        :
KANE, individually,                :
                                   :    Index No. 100185/08
            Plaintiff,             :
                                   :
THE NEW YORK CITY POLICE           :
PENSION FUND,                      :
                                   :
            Intervenor,            :    Notice of Entry of
                                   :    Final Judgment
     -against-                     :
                                   :
                                   :
JOHN F. GALTIERI,                  :
                                   :
            Defendant,             :
                                   :
MARILYN GALTIERI,                  :
                                   :
            Intervenor.            :
                                   :
----------------------------------X

PLEASE TAKE NOTICE that the within is a true copy of the

Final Judgment in this action duly entered in the office of the

Clerk of the Supreme Court of Richmond County on the fourth day of May 2012.

Dated: Staten Island, New York
       May 11, 2012

_____
W.F. van den Houten
Matthew S. Pavis, of counsel
Attorneys for Plaintiff
370 St. Marks Place
Staten Island, New York 10301
(718) 442-0800

TO:   John F. Galtieri
      Defendant *pro se*
      DIN 09A2909
      c/o NYS Dep't. of Corr.
      Clinton Correctional Facility
      P.O. Box 2001
      Dannemora, New York 12929;

      John F. Galtieri
      Defendant *pro se*
      DIN 09A2909
      RNDC C-74
      11-11 Hazen Street
      E. Elmhurst, New York 11370;

      Inga Van Eysden, Esq.
      New York City Law Department
      Attorneys for the Police Pension Fund
      100 Church Street
      New York, New York 10007; and

      Richard M. Gabor, Esq.
      Gabor & Marotta, LLC
      Attorney for Marilyn J. Galtieri
      1878 Victory Boulevard
      Staten Island, New YORK 10314.

```
SUPREME COURT STATE OF NEW YORK
COUNTY OF RICHMOND
-----------------------------------X
                                    :
PATRICIA KANE, as the Limited       :
Administratrix of the Estate        :   DCM Part 6
of JEANNE KANE and PATRICIA         :
KANE, individually,                 :
                                    :   Index No. 100185/08
              Plaintiff,            :
                                    :
THE NEW YORK CITY POLICE            :
PENSION FUND,                       :
                                    :
              Intervenor,           :
                                    :
     -against-                      :   JUDGMENT
                                    :
JOHN F. GALTIERI,                   :
                                    :
              Defendant,            :
                                    :
MARILYN GALTIERI,                   :
                                    :
              Intervenor.           :
                                    :
-----------------------------------X
```

The issues in the above-entitled action having duly come on for trial before the Hon. Philip G. Minardo, a Justice of this Court, and a jury, at Part DCM 6, of this Court held at the courthouse thereof, located at 18 Richmond Terrace, Staten Island, New York, on the 8th day of February 2012, and the plaintiff, having duly appeared by her attorney, W.F. van den Houten, and the defendant having duly appeared pro se, and the Intervenor Marilyn Galtieri having duly appeared by her attorney,

Richard Gabor, and the issues having been duly tried, and the Court having directed the jury to return a general verdict accompanied by answers to interrogatories as follows:

1. As a result of defendant JOHN F. GALTIERI intentionally causing the death of JEANNE KANE, is the plaintiff THE ESTATE OF JEANNE KANE, entitled to damages? Response YES.

2. Set forth the amount to which the plaintiff THE ESTATE OF JEANNE KANE is entitled to for the following items of damage, if any

    (A) Monetary Loss including the loss of alimony and Social Security from the date of death of JEANNE KANE to the date of your verdict.

    Response: $133,056.00

    (B) Medical Expenses

    Response: $543.00

    (C) Funeral Expenses

    Response: $17,581.00

    (D) Pain and suffering JEANNE KANE endured between the moment JEANNE KANE realized that she was going to be gravely injured or die and the moment JEANNE KANE sustained a physical injury.

    Response: $1,000,000.00

    (E) Pain and suffering of JEANNE KANE from the moment of physical injury to the moment of death.

    Response: $10,000,000.00

-2-

3. Set forth the amount of future monetary loss sustained by THE ESTATE OF JEANNE KANE from the date of your verdict into the future.

   Response: $692,725.00

4. Set forth the number of years THE ESTATE OF JEANNE KANE will sustain that future monetary loss.

   Response: NUMBER OF YEARS 20.

5. As a result of defendant JOHN F. GALTIERI intentionally causing the death of JEANNE KANE, is plaintiff PATRICIA KANE entitled to damages?

   Response: YES.

6. Set forth the amount to which plaintiff PATRICIA KANE is entitled to for the following items of damage, if any.

   (A) Monetary loss

   Response: $0.00
   Response: $0.00

   (B) Loss of parental guidance, nurture and care and loss of physical, moral and intellectual training.

   Response: $50,000.00

7. Is the plaintiff THE ESTATE OF JEANNE KANE entitled to punitive damages against defendant JOHN F. GALTIERI?

   Response: YES.

8. State the amount of punitive damages you award against defendant JOHN F. GALTIERI on the cause of action for the wrongful death of JEANNE KANE.

   Response: $20,000,000.00,

-3-

and the jury having rendered a general verdict on the 15th day of February 2012, in favor of the plaintiff, Patricia Kane, individually and as the Limited Administratrix of THE ESTATE OF JEANNE KANE; and

On April 10, 2012, a hearing pursuant to Article 50-B of the Civil Practice law and Rules was held before the Hon. Philip G. Minardo and the present value of the portion of the jury award having to do with future damages was determined to be $736,043.00.

NOW on the motion of W..F. van den Houten, attorney for the plaintiff, it is

ORDERED, ADJUDGED and DECREED, that plaintiff, Patricia Kane, residing at 86 Redwood Avenue, Staten Island, New York 10308, as the Limited Administratrix of THE ESTATE OF JEANNE KANE do recover of the defendant, John Galtieri, DIN 05A2909, residing at Clinton Correctional Facility, P.O. Box 2001, Dannemora, New York 12929, the sum of THIRTY ONE MILLION SEVEN HUNDRED THIRTY-SIX THOUSAND FORTY-THREE DOLLARS (31,736,043.00), and that plaintiff, Patricia Kane, residing at 86 Redwood Avenue, Staten Island, New York 10308, individually do recover of the defendant,

-4-

John Galtieri, DIN 09A2909, residing at Clinton Correctional Facility, P.O. Box 2001, Dannemora, New York 12929, the sum of FIFTY THOUSAND DOLLARS (50,000.00), and that the plaintiff have execution therefore.

Judgment signed this 4th day of May 2012.

*[signature]*

Hon. Stephen J. Fiala
Richmond County Clerk

ATTORNEY'S CERTIFICATION
PURSUANT TO CPLR § 2105

I, W.F. van den Houten, an attorney admitted to practice in the courts of the State of New York under the penalties of perjury, certify that the within Judgment issued by the Supreme Court of the County of Richmond under Index No. 100185/08 has been compared by me with the original and found to be a true and complete copy.

Dated: Staten Island, New York
       May 11, 2012

_____
W.F. van den Houten